IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11cr176

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | O R D E R |
| ) | |
| REUBEN OROZCO-GARCIA (1) ) | |

**THIS MATTER** is before the Court on the defendant's motion to extend the deadline for filing pretrial motions. (Doc. No. 26). The motion recites that the government is not opposed to the defendant's request.

The Court finds, for the reasons stated in the defendant's motion, good cause to allow him additional time to file pretrial motions relating to yet-to-be-produced discovery.

**IT IS, THEREFORE, ORDERED,** that the defendant's motion GRANTED, and the defendant shall have fourteen days after the provision of discovery during which to file related pretrial motions. This additional time period does not apply to material included in any "open file" discovery already available for review within the United States Attorney's Office.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and to the United States Attorney.

Signed: August 23, 2011

Robert J. Conrad, Jr.
Chief United States District Judge